**E-filed 3/17/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT LEE ROBINS, JR., <br><br> Plaintiff, <br><br> v. <br><br> A.A. LAMARQUE, et al., <br><br> Defendants. | Case No. C 03-0797 JF (PR) <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* REQUEST FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |

Defendants A.A. Lamarque, Warden; A. Calderon, Deputy Warden; Captain J. Allison; Captain Tucker; Lieutenant W.J. Wilson; Sergeant K. Trayham; Sergeant Van Hoose; Correctional Counselor Gomez; Correctional Officer J. Crabtree; Correctional Officer J. Garcia; Correctional Officer D. La Lanne; Correctional Officer M. Melendez; Correctional Officer R. Cheney; Correctional Officer M. Meyer; Correctional Officer J. Valadao; Correctional Officer D. Carn; and Correctional Officer E. Black filed a request for a 90-day extension of time up to and including June 4, 2008, to file a dispositive motion. The Court has read and considered Defendants' request and good cause appearing,

//

//

//

//

[Proposed] Order Granting Defs.' *Ex Parte* Req. for Extension of Time

*R. Robins v. A.A. Lamarque, et al.*
Case No. C 03-0797 JF (PR)

1

1     IT IS HEREBY ORDERED that Defendants' request for an extension of time up to and
2 including June 4, 2008, to file a dispositive motion is GRANTED. Accordingly, any opposition
3 by Plaintiff to Defendants' dispositive motion shall be filed on or before July 7, 2008. Any reply
4 brief by Defendants shall be filed on or before July 21, 2008.

6 Dated: 3/17/08 _____
                                                                                       The Honorable Jeremy Fogel
                                                                                       U. S. District Judge