UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ROBBINS, | No. C 03-797 JF (NJV) |
| Plaintiff, | NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |
| v. | |
| WARDEN ANTH0NY A. LEMARQUE et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled for March 13, 2009 at 10:00 a.m. in Courtroom D, 450 Golden Gate Avenue, San Francisco, CA 94102.

Lead trial counsel shall appear at the settlement conference with the parties and persons having full authority to negotiate and settle the case.

Confidential settlement conference statements shall be due in Judge Vadas' chambers in Eureka by March 4, 2009.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference

SO ORDERED.

Dated: 2/10/09

_____
NANDOR J. VADAS
United States Magistrate Judge

SC-further

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBINS                        No. C 03-797 JF (NJV)

V.                            CERTIFICATE OF SERVICE

LEMARQUE
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/10/09 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Robert Lee Robins**
42837 Alep Street
Lancaster, CA 93536

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

SC-further          2