IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT LEE ROBINS,

    Plaintiff,

v

WARDEN ANTHONY LEMARQUE,

    Defendants.

Case No C 03-797 JF

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

    A settlement conference in this matter was held on April 7, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General Kyle Lewis

    ☒ Other: California Department of Corrections and Rehabilitation, Jeff Hook by phone.

(2)   The following individuals, parties, and/or representatives did not appear:

(3)   The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time.

Date:  April 22, 2009

_____
Nandor J Vadas
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robins | No. C 03-797 JF |
| v. | CERTIFICATE OF SERVICE |
| Lemarque _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/22/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Robert Lee Robins**
42837 Alep Street
Lancaster, CA 93536

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3